```
                          United States Bankruptcy Court
                          Western District of Washington
```

In re:                                                                      Case No. 13-14853-KAO
Gary Bense                                                                  Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0981-2           User: admin                  Page 1 of 2                  Date Rcvd: Jun 27, 2013
                               Form ID: ntcdsm13            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2013.
db             +Gary Bense,    50 Timber Lane,    Eastsound, WA 98245-8416
954544201      +Bank of America NA,    400 National Way,    Simi Valley, CA 93065-6414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: WADEPREV.COM Jun 28 2013 00:23:00      State of Washington,    Department of Revenue,
                 2101 4th Ave, Ste 1400,    Seattle, WA   98121-2300
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2013**                           **Signature:**   _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2013 at the address(es) listed below:
        K Michael Fitzgerald    courtmail@seattlech13.com
        United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
        TOTAL: 2

Form ntcdsm13

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 13−14853−KAO
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary Bense
aka Gary Lee Bense
50 Timber Lane
Eastsound, WA 98245

Social Security / Individual Taxpayer ID No.:
xxx−xx−5181

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given of the following order of the court entered on <u>June 27, 2013:</u>

**Ex Parte ORDER Dismissing Case for Inadequate Filing. This matter comes before the Court on the Chapter 13 Trustee's Ex Parte Application for Order Dismissing Case for Failure to File Schedules, Statements, Lists or Plan. The debtor(s)'s having received notice of dismissal for failure to timely file required schedules, statements, lists and/or plan, and the Trustee having received no written objection, this case is dismissed or converted pursuant to Local Bankruptcy Rule 1017−1(b) and Fed. R. Bankr. P. 3015(b) for the debtor(s)'s failure to timely file schedules, statements, lists and/or chapter 13 plan. Hereby ordered by Judge Karen A Overstreet. This Notice of Electronic Filing is the Official ORDER for this entry.**

Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: <u>June 27, 2013</u>

                                                                                                              Mark L. Hatcher
                                                                                                              Clerk, U.S. Bankruptcy Court